UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

| | |
|---|---|
| JENNIFER COWAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:14-CV-166-RL |
| ) | |
| EAGLE CARE, LLC, and ) | |
| AMERICAN SENIOR COMMUNITIES, ) | |
| LLC ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jennifer Cowan, has decided to voluntarily dismiss her lawsuit with prejudice. Defendants, EagleCare, LLC, and American Senior Communities, LLC, do not object and agree that Plaintiff's voluntary dismissal is appropriate. Accordingly, pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Jennifer Cowan, and Defendants, EagleCare, LLC, and American Senior Communities, LLC, all parties who have appeared in this action, by counsel, hereby stipulate to the dismissal of this action <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Rachel Guin-Lowry | /s/ Craig M. Borowski |
| Christopher C. Myers (#10043-02) | Craig M. Borowski (#22280-49) |
| Rachel Guin-Lowry | Ryann E. Ricchio (#30076-53) |
| CHRISTOPHER C. MYERS & ASSOCIATES | FAEGRE BAKER DANIELS LLP |
| 809 South Calhoun Street, Suite 400 | 300 N. Meridian St., Suite 2700 |
| Fort Wayne, IN 46802 | Indianapolis, IN 46204 |
| Tel: 260-424-0600; Fax: 260-424-0712 | Tel: 317-237-0300; Fax: 317-237-1000 |
| cmyers@myers-law.com | craig.borowski@FaegreBD.com |
| rguin-lowry@myers-law.com | ryann.ricchio@FaegreBD.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |